UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

ROYCE REDELL FLOWERS NASH II,

        Plaintiff,

-vs-                                            Case No: 21-CV-00101-PP

CITY OF MILWAUKEE, and
MARIA MONTEAGUDO, in her individual
capacity.

        Defendants.
_____

## FIRST MOTION IN LIMINE OF PLAINTIFF
_____

The Plaintiff, Royce Redell Flowers Nash II, by his attorneys, FOX & FOX, S.C., by Attorney Peter J. Fox, hereby moves the Court to enter an order precluding any statements, questioning, argument, evidence or any other reference regarding the following, during the upcoming trial in this case:

Any testimony, reference, documentation, questioning or other evidence regarding the plaintiff's criminal or misdemeanor conviction history.

Dated at Milwaukee, Wisconsin this 2nd day of September 2022.

                              Respectfully submitted:

                              FOX & FOX, S.C.

                              Attorneys for the Plaintiff

                              s/ Peter J. Fox
                              _____

Peter J. Fox
124 West Broadway
Monona, Wisconsin 53716
Telephone: 608/258-9588
Facsimile: 608/258-9105
Email: pfox@foxquick.com