UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

| | |
|---|---|
| DATE: | September 19, 2022 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2021-cv-101 |
| CASE NAME: | Royce Redell Flowers Nash II v. City of Milwaukee, *et al.* |
| NATURE OF HEARING: | Final pretrial conference |
| APPEARANCES: | Peter Fox – Attorney for the plaintiff |
| | Katherine Headley – Attorney for the defendants |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 11:03 a.m. – 11:54 a.m. |

## AUDIO OF THIS HEARING AT DKT. NO. 28

The court had scheduled this final pretrial conference ahead of the October 3, 2022, jury trial.

The court explained its trial procedures and logistics.

The parties estimated the trial would last two to three days. The parties agreed that the court should empanel twelve jurors. The court agreed to provide a court reporter.

The court discussed with the parties their proposed *voir dire* questions and any modifications the court believed appropriate. The court will docket a draft of its proposed *venire* orientation and *voir dire* questions prior to the start of the trial. If the parties have any objections or additions, they may propose them the morning of the trial, before jury selection.

The court advised the parties that it would defer discussing jury instructions until it could see how the evidence came in at trial. The court will hold a jury instruction conference prior to the end of the trial.

The court advised counsel that they could contact chambers and make an appointment to come into the courtroom and practice with the courtroom technology.

The court made the following rulings on the motions *in limine*:

The court **GRANTS** the plaintiff's motion *in limine* to the extent that it asked the court to prohibit any testimony, reference, documentation, questioning or other evidence regarding the plaintiff's criminal or misdemeanor conviction history. The court **GRANTS** the plaintiff's motion *in limine* to the extent that it asked the court to prohibit the defendants from questioning the

1

plaintiff or presenting evidence about his testimony that he lied to police in "taking the rap" for someone else. Dkt. No. 23.

The court **GRANTS** the plaintiff's unopposed motion *in limine* asking the court to prohibit any testimony, reference, documentation, or other evidence regarding the defendant Monteagudo's finances, financial status or ability to pay damages. Dkt. No. 24.

Dated in Milwaukee, Wisconsin this 19th day of September, 2022.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**